1054

[Nos. 55213-9-I; 55215-5-I. Division One. May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KYLE WILLIAM BOSTON, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 01-8-00973-7, Charles S. French, J., entered November 13, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 55651-7-I. Division One. May 8, 2006.]

GARY LEONARD ET AL., *Appellants,* v. SHEPLER CONSTRUCTION, INC., *Respondent.*

Appeal from a judgment of the Superior Court for San Juan County, No. 02-2-05162-7, Vickie I. Churchill, J., entered April 19, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55861-7-I. Division One. May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL CADELL JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-01286-1, Nicole MacInnes, J., entered March 1, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55895-1-I. Division One. May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRETT BINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-05589-3, Michael J. Trickey, J., entered February 23, 2005. *Reversed* by unpublished per curiam opinion.